**UNITED STATES of America, Appellant, v. Alice TORREY, Administratrix of the Estate of Lynn C. Torrey, Deceased, and Alice Torrey and Chauncey Torrey, Beneficiaries, Appellees.**

No. 8079.

Circuit Court of Appeals, Sixth Circuit.

Nov. 15, 1938.

John C. Lehr, U. S. Atty., and Francis X. Norris, Asst. U. S. Atty., both of Detroit, Mich.

Fixel & Fixel, of Detroit, Mich., for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.
This cause coming on for hearing upon appellant's motion to reverse and remand cause, and a stipulation of fact heretofore entered into by and between counsel for the respective parties in the above entitled case, and the court being fully advised in the premises, now, therefore, it is ordered that said cause be and the same is hereby reversed and remanded to the District Court for the Eastern District of Michigan, for new trial.

**UNITED STATES of America, Appellee, v. Joseph WEXLER, Appellant.**

No. 102.

Circuit Court of Appeals, Second Circuit.

Nov. 7, 1938.

Irving Spieler, of New York City, (William Hughes Lewis, of New York City, of counsel), for appellant.

Lamar Hardy, U. S. Atty., of New York City, (John K. Carroll, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Judgment affirmed.

**UNITED STATES ex rel. Hans MUELLER, Relator-Appellant, v. COMMISSIONER OF IMMIGRATION, etc., Respondent-Appellee.**

No. 166.

Circuit Court of Appeals, Second Circuit.

Nov. 25, 1938.

Carol King, of New York City, for appellant.

Samuel Brodsky, of Brooklyn, N. Y., for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.
Affirmed in open court.